IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIA JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>YOUNG MONEY, )<br>)<br>   Defendant. ) | Civil Action No. 18-605 |

## ORDER

AND NOW this 16th day of May, 2018, upon consideration of the complaint filed by plaintiff, Asia Johnson, *pro se* and *in forma pauperis*, (ECF No. 3),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Asia Johnson
   1807 West St., Apt. 2
   Munhall, PA 15120

1